IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN CAROL JACKSON,

      Petitioner,                     No. CIV S-08-1753 WBS EFB P

    vs.

TINA HORNBREAK,

      Respondent.               ORDER

_____/

    Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 4, 2009, the case was before the undersigned for a hearing on respondent's motion to dismiss this action on the ground that petitioner has failed to exhaust her state remedies as required by 28 U.S.C. § 2254(b). Dckt. Nos. 18, 29. Attorney Barry Morris appeared on behalf of petitioner; respondent, who is represented by Brian Smiley, Supervising Deputy Attorney General, failed to appear.

    Respondent is HEREBY ORDERED TO SHOW CAUSE, within seven (7) days from the filing date of this order, why he should not be taxed the costs for the appearance of petitioner's counsel at the hearing.[1] Additionally, within seven (7) days from the filing date of this order,

---

[1] On November 6, 2009, respondent's counsel filed a memorandum explaining his failure to appear. Dckt. No. 31. In responding to this order to show cause, respondent's counsel may

1

1  petitioner's counsel SHALL FILE a letter with the court and serve a copy on respondent
2  detailing the costs he will charge his client in connection with his appearance at the November 4,
3  2009 hearing.  Finally, the hearing is HEREBY CONTINUED to November 25, 2009, at 10:00
4  a.m., in Courtroom No. 25.
5  Dated:  November 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

26  refer the court to the November 6 memorandum or file a separate response.

2