IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN CAROL JACKSON,

    Petitioner,                    No. CIV S-08-1753 WBS EFB P

    vs.

KEN EICHENBERGER,

    Respondent.             ORDER

_____/

    Petitioner, a state prisoner proceeding through counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 14, 2010, the parties submitted a stipulation for an extension of time for petitioner to file and serve a reply to respondent's answer. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that the August 14, 2010 stipulation is approved and petitioner shall file and serve a reply on or before September 26, 2010.

DATED: August 26, 2010.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE