IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN CAROL JACKSON,

    Petitioner,                    No. CIV S-08-1753 WBS EFB P

    vs.

KEN EICHENBERGER,

    Respondent.               <u>ORDER</u>

                                  /

       Petitioner, a state prisoner proceeding through counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 16, 2010, petitioner filed a stipulation for an extension of time to file and serve a reply to respondent's answer. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that petitioner's November 16, 2010 stipulation for an extension of time is approved and petitioner shall file and serve a reply on or before December 11, 2010.

DATED: November 17, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE