IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN CAROL JACKSON,

    Petitioner,                    No. CIV S-08-1753 WBS EFB P

    vs.

KEN EICHENBERGER,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 21, 2010, petitioner requested an extension of time to file and serve a reply to respondent's answer. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that the time for filing a reply to respondent's answer is extended to January 4, 2011.

DATED: December 22, 2010.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE